Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:  (310) 247-0160

*Counsel for Plaintiff Luke Delgadillo Garcia*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LUKE DELGADILLO GARCIA, | ) Civil No. 2:17-cv-07408-AB-AGR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF TENTATIVE** |
|  | ) **SETTLEMENT AND 45-DAY** |
| MILLER CASTINGS, INC. | ) **FEDERAL AGENCY REVIEW** |
|  | ) **PERIOD** |
| Defendant. | ) |

PLEASE TAKE NOTICE that pursuant to Local Rule 40-2 the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

PLEASE TAKE FURHTER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

NOTICE OF SETTLEMENT

Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day review period under 33 U.S.C. § 1365(c)). Such notice was mailed by certified mail return receipt requested to the agencies on January 12, 2018. The regulatory agencies' review period will thus need by approximately March 7, 2018 (allowing forty-five days for agency review and approximately ten days for mailing time). If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. Should there be no objection, within 7 days after the 45-day expiration period the parties intend to submit a stipulation to the entry of a consent judgment for the Court's consideration.

Should the Court require any additional information, the undersigned will provide it upon request.

Dated: January 12, 2018

Respectfully Submitted,

BRODSKY & SMITH, LLC

By: *s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire
esmith@brodskysmith.com
Ryan Cardona, Esquire
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*