Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE DELGADILLO GARCIA,<br><br>　　　　　Plaintiff,<br>vs.<br>MILLER CASTINGS, INC.,<br><br>　　　　　Defendant. | **Case No. 2:17-cv-07408-AB-AGR**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE**<br><br>Date:　　September 28, 2018<br><br>Time:　　10:00 AM<br><br>Location: First Street Courthouse, 350 W. 1st Street, Courtroom 7B,<br><br>Complaint Filed: October 10, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on September 28, 2018 at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Andre Birotte, Jr., at the Federal Courthouse located at 350 W. 1st Street, Courtroom 7B, Los Angeles, CA, Plaintiff Garcia, by and through his counsel, will move and does hereby move, the Court to enter the Revised Proposed Consent Decree ("RPCD") attached as Exhibit 1 to the Declaration of Evan J. Smith, Esquire contemporaneously filed herewith in support of this Motion.

Pursuant to Local Rule 7-3, the parties have signed the consent decree and pursuant to its terms on page 24 Section IX, the parties do not contest the entry of the RPCD. The Motion is based upon this Notice, the supporting Memorandum of

-1-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENTER CONSENT DECREE

1 | Points and Authorities, and the Declaration of Evan J. Smith, filed herewith; the
2 | complete files and records in this action; and any other evidence and argument that
3 | may be presented to the Court prior to or at the hearing.

4 | Dated: August 24, 2018     BRODSKY & SMITH, LLC

5 |                           By: *s/ Evan J. Smith*
6 |                           Evan J. Smith

7 |                           *Attorneys for Plaintiff*